JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBERT ROUSE, an individual;<br>VICTORIA ROUSE, an individual;<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>WACHOVIA MORTGAGE, FSB, a Division of Wells Fargo Bank, N.A., f/k/a WORLD SAVINGS BANK; WELLS FARGO BANK, N.A.; WELLS FARGO AND COMPANY, A Delaware Corporation; NDEX WEST LLC., A Delaware Corporation; and DOES 1-50 Inclusive,<br><br>　　　　　　Defendants. | Case No.: CV 11-00928-DMG(DTBx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [61]** |

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to the parties' confidential settlement agreement and their joint stipulation of dismissal, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The above-entitled action is dismissed *with prejudice* as to all parties;
2. The parties shall bear their own fees and costs;
3. The Court shall close its file; and
4. The Status Conference on October 3, 2014 is VACATED.

DATED:  September 22, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE